UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>        Plaintiff,<br><br>   -against-<br><br>NYC MTA, *et al.*,<br><br>        Defendants. | 20-CV-5327 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 17, 2020, denying Plaintiff's application to proceed *in forma pauperis* and her motion for leave to file this action,

  IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's application to proceed *in forma pauperis* and her motion for leave to file this action are denied. (ECF 1, 2.)

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  Plaintiff has consented to electronic service of Court documents. (ECF 4.)

SO ORDERED.

Dated: July 17, 2020
     New York, New York

                           COLLEEN McMAHON
                           Chief United States District Judge